379

(No. 5035-)

JOLIET MOTOR SALES, INCORPORATED, Claimant, vs. STATE OF ILLINOIS, Respondent.

*Opinion filed September 26, 1963.*

GRAY, THOMAS, WALLACE AND O'BRIEN, Attorneys for Claimant.

WILLIAM G. CLARK, Attorney General; EDWARD A. WARMAN, Assistant Attorney General, for Respondent.

DOVE, J.

This is a claim by the Joliet Motor Sales, Inc., for work performed and parts supplied for motor vehicles assigned to District No. 5, Division of State Highway Police.

Upon the stipulation of facts by the parties and the recommendation of the Attorney General, and it further appearing that the appropriation has lapsed, an award is entered in favor of claimant, Joliet Motor Sales, Inc., in the amount of Three Hundred Eighteen Dollars and Eighty-six Cents ($318.86).